IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMES DYER and WILDA DYER, | ) |
| Plaintiffs, | ) |
| VS. | ) No. 04-1192-T/An |
| S.C. JOHNSON & SON, INC. and WAL-MART STORES, INC., | ) |
| Defendants. | ) |

### ORDER OF REFERENCE

On April 4, 2005, the parties filed a joint motion to amend the scheduling order, combined with a motion for a new trial date. The motion to continue is hereby REFERRED to U.S. Magistrate S. Thomas Anderson for disposition at the same time as the motion to amend the scheduling order.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

18 April 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01192 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Geoffrey A. Lindley
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT