IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DYER and WILDA DYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1192-T-An |
| | ) | |
| S.C. JOHNSON & SON, INC. and WAL-MART STORES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER AND MOTION FOR NEW TRIAL DATE

Pursuant to an Order of Reference entered April 19, 2005, the Joint Motion to Amend Scheduling Order and Motion for New Trial Date has been referred to the Magistrate Judge for determination.

It appearing from the parties' joint motions that the motions are well taken and the motions are hereby **GRANTED**.

The following dates are established as the final dates for:

**COMPLETING ALL DISCOVERY**: August 1, 2005

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS**: August 1, 2005

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2))**:
        (i) Plaintiff's Experts: Have been disclosed
        (ii) Defendant's Experts: June 10, 2005
        (iii) Supplementation under Rule 26(e): Plaintiffs: June 17, 2005
                                                  Defendants: July 15, 2005

 (c) **DEPOSITIONS OF EXPERTS**: August 23, 2005

**FILING DISPOSITIVE MOTIONS**: September 1, 2005

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

 (a) for Plaintiff: October 14, 2005
 (b) for Defendant: November 4, 2005

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is **SET** for **JURY TRIAL** on **MONDAY, DECEMBER 5, 2005 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY, NOVEMBER 25, 2005**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from

proceeding to trial.

*__The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.__*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson* USMJ
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01192 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Geoffrey A. Lindley
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT