IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| JAMES DYER and WILDA DYER, | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| VS. | * | No. 1-04-1192-T/AN |
| | * | |
| S.C. JOHNSON & SON, INC. and | * | |
| WAL-MART STORES, INC., | * | |
| | * | |
| DEFENDANTS. | * | |

CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, upon the statements and signatures hereto of counsel, that the matters and things in controversy between the parties have been resolved, and that plaintiffs' Complaint against all defendants, S.C. Johnson & Son, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., should be dismissed with prejudice;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiffs' action against all defendants, S.C. Johnson & Son, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. be, and is hereby dismissed with prejudice, each party to bear its own costs.

James D. Todd
U.S. DISTRICT COURT JUDGE

26 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9/29/05

_____ #021574
Geoffrey A. Lindley, Esq.
Rainey, Kizer, Reviere & Bell, PLC
65 Germantown Court
Suite 209
Cordova, Tennessee  38018
(901) 333-8101
Attorneys for Plaintiffs


_____
DeWitt M. Shy, Jr. #5163
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5137
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01192 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Geoffrey A. Lindley
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT